COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Patrick O'Connor & Associates, LP and Gulf Apartment Investors, LP v. Wang Investment Networks, Inc. |
| Appellate case number: | 01-12-00615-CV |
| Trial court case number: | 1006809 |
| Trial court: | County Court at Law No. 1 of Harris County, Texas |

-and-

| | |
|---|---|
| Appellate case name: | In re Patrick O'Connor & Associates, LP and Gulf Apartment Investors, LP |
| Appellate case number: | 01-12-00976-CV |
| Trial court case number: | 1006809 |
| Trial court: | County Court at Law No. 1 of Harris County, Texas |

Patrick O'Connor & Associates, LP and Gulf Apartment Investors, LP ("O'Connor") have brought a parallel interlocutory appeal (Case No. 01-12-00615-CV) and mandamus proceeding (Case No. 01-12-00976-CV) complaining of the trial court's order granting Wang Investment Networks, Inc.'s petition for bill of review.

On December 5, 2012, O'Connor filed a "Motion for Petition for Writ of Mandamus to be Considered as Appellants' Brief." O'Connor's motion is **granted**. O'Connor's petition for writ of mandamus, filed on October 24, 2012 in Case No. 01-12-00976-CV, will be considered a timely filed appellants' brief in Case No. 01-12-00615-CV.

The Court requests that Appellee Wang Investment Networks, Inc. file a single response, which will likewise be treated as having been filed in both the interlocutory appeal (Case No. 01-12-00615-CV) and the mandamus proceeding (Case No. 01-12-00976-CV). Wang's response is due 30 days from the date of this Order.

The interlocutory appeal and the mandamus proceeding will be submitted to the same panel on the same date.

It is so ORDERED.

Judge's signature: <u>/s/ Harvey Brown</u>
☑ Acting individually     ☐ Acting for the Court

Panel consists of_____

Date: <u>December 10, 2012</u>